Henry A. Duebel and Louisa Duebel, his wife, Appellants, vs. Granville C. Stapylton, Receiver of the First National Bank of Ocala, Appellee.

Appeal from Circuit Court, Marion county; William A. Hocker, Judge.

John G. Reardon, for Appellants.

R. A. Burford, for Appellee.

The bill in this cause was filed by the appellants against John K. McDonald, as Receiver of the First National Bank of Ocala, and subsequently Granville C. Stapylton was appointed as Receiver of said Bank, to succeed John K. McDonald. There was decree for the defendant, and the complainants appeal.

Appeal dismissed on praecipe of counsel for appellants.